No. 71–5731.  STUARD v. EYMAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–6010.  JACKSON v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6012.  JACKSON v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 71–6013.  EVANS v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 71–6015.  GOZNELLI v. BRANTLEY, WARDEN.  Sup. Ct. Ill.  Certiorari denied.

No. 71–6016.  GUILE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–6018.  CLOSE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6020.  SUNDLUN v. SUNDLUN.  Sup. Ct. R. I. Certiorari denied.

No. 71–6021.  BOLTON v. KROPP, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–6022.  JACKSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6024.  WARNER v. NEBRASKA.  Sup. Ct. Neb. Certiorari denied.

No. 71–6025.  HOOD v. BURNETT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–6026.  JACKSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.